UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-14001-CV-CANNON/MCCABE

CRYSTAL HOBEIKA, formerly known as
Crystal Michner,

    Plaintiff,
v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON DEFENDANT'S
UNOPPOSED MOTION TO REMAND (DE 22)**

THIS CAUSE comes before the Court on Defendant's Unopposed Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) with Remand to Defendant ("Motion") (DE 22). This matter was referred to the undersigned by United States District Judge Aileen M. Cannon (DE 21). For the reasons set forth below, the undersigned respectfully **RECOMMENDS** that the Motion be **GRANTED.**

**I.    DISCUSSION**

On January 3, 2022, this action was initiated under the Social Security Act to obtain judicial review of Defendant's final decision denying Plaintiff's claim for disability benefits (DE 1). Defendant has now filed the instant Motion, seeking to reverse and remand this case under sentence four of Title 42 U.S.C. § 405(g). *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Under sentence four of section 405(g), the "court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

The undersigned finds that remand under sentence four is appropriate here. A remand of the case would permit the Administrative Law Judge to "obtain supplemental vocational evidence, address[] and resolv[e] inconsistencies between the limitations outlined in the residual functional capacity and the jobs found available to Plaintiff in the national economy in accordance with Social Security Ruling 00-4p" (DE 22 at 2-3). Moreover, the Administrative Law Judge shall also "update the administrative record, offer Plaintiff the opportunity for a hearing, and issue a new decision" (DE 22 at 3).

## II.     RECOMMENDATION

For the reasons stated above, the undersigned respectfully **RECOMMENDS** that the District Court grant the Motion and enter a judgment of remand of the cause to the Commissioner for further action.

## III.    NOTICE OF RIGHT TO OBJECT

The parties shall have **five (5) days** from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Aileen M. Cannon.[1] Failure to file objections timely shall bar the parties from a *de novo*

---

[1] The undersigned is shortening the time for the objections because the motion is straightforward and unopposed.

determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 5th day of July 2022.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE