UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14001-CIV-CANNON/McCabe

**CRYSTAL HOBEIKA**,

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion for Entry of Judgment under 42 U.S.C. § 405(g) and for Remand (the "Motion") [ECF No. 22], filed on July 5, 2022. Pursuant to the Court's Order of Referral [ECF No. 21], the Motion was referred to Magistrate Judge Ryon M. McCabe for a Report and Recommendation. On July 5, 2022, Judge McCabe issued such a Report, recommending that the Motion be granted [ECF No. 23]. The Report also instructed the parties to file any objections on or before July 11, 2022 [ECF No. 23 pp. 2–3]. Neither party has filed an objection to the Report, and the permitted time to do so has expired.

Upon review, the Court finds the Report to be correct. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 23] is **ACCEPTED**.

    a.   The Unopposed Motion for Entry of Judgment under 42 U.S.C. § 405(g) and for Remand [ECF No. 22] is **GRANTED**.

CASE NO. 22-14001-CIV-CANNON/McCabe

    b. Defendant's final administrative decision is **REVERSED AND REMANDED** for further administrative proceedings pursuant to 42 U.S.C. § 405(g).

2. The Court will enter a separate final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 12th day of July 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record