UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14001-CIV-CANNON/McCabe

**CRYSTAL HOBEIKA**,

    Plaintiff,
v.

**COMMISSIONER OF SOCIAL SECURITY**,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Plaintiff's Unopposed Motion for Attorney's Fees and Costs (the "Motion"), filed on October 7, 2022 [ECF No. 26]. Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, Plaintiff seeks (1) attorney's fees in the amount of $6,916.94; (2) paralegal fees in the amount of $12.00; (3) costs in the amount of $402.00; and (4) expenses in the amount of $21.75 [ECF No. 26 p. 1]. On October 17, 2022, following referral [ECF No. 21], Magistrate Judge Ryon M. McCabe issued a Report recommending that Plaintiff's Motion be granted in part and denied in part [ECF No. 27]. Specifically, the Report recommends an award to Plaintiff of $6,916.94 in attorney's fees; $402.00 in costs; and $21.75 in expenses [ECF No. 27 p. 4]. The Report declines to recommend an award of paralegal fees [ECF No. 27 p. 3]. No objections to the Report have been filed to the Report, and the time to do so has expired [ECF No. 27 p. 4].

Upon review, the Court finds the Report to be well-reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 27] is **ACCEPTED**.

CASE NO. 22-14001-CIV-CANNON/McCabe

2. Plaintiff's Motion for Attorney's Fees [ECF No. 26] is **GRANTED IN PART AND DENIED IN PART**.

3. Pursuant to the Equal Access to Justice Act ("EAJA"):

   a. Plaintiff is awarded attorney's fees in the amount of **$6,916.94.**

   b. Plaintiff is awarded costs in the amount of **$402.00**.

   c. Plaintiff is awarded expenses in the amount of **$21.75**.

4. The Secretary of the U.S. Department of Treasury shall determine whether Plaintiff owes a qualifying, pre-existing debt to the federal government. If such a debt exists, the Secretary shall reduce the amount awarded by the extent necessary to pay it. Pursuant to the Plaintiff's assignment of the EAJA fee awarded to her attorney [ECF No. 26-1], the Secretary shall pay the balance to Mark V. Zakhvatayev, Esq. and send that payment to the following address: P.O. Box 101110, Cape Coral, Florida 33910.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of November 2022.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record